COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-10-017-CV

OUTBACK ACRES, LTD., WLC APPELLANTS

MANAGEMENT, INC., AND

JDR INVESTMENTS, L.L.C. F/K/A

JDR ENTERPRISES, L.L.C. 

V.

C-TEX HOMES, LTD.
 APPELLEE

AND

C-TEX HOMES, LTD.
 APPELLANT

V.

OUTBACK ACRES, LTD., WLC APPELLEE
S

MANAGEMENT, INC., RAE D. 

CUMMINS, DOROTHY LUPTON, 

JOHN PETER WILLIS, JDR 

INVESTMENTS, L.L.C. F/K/A JDR 

ENTERPRISES, L.L.C., LLANO 

OPERATING CORPORATION D/B/A 

NORTH TEXAS LLANO OPERATING 

CORPORATION, 
LLANO ROYALTY, 

LTD., AND ENDURE EXPLORATION 

COMPANY, INC.
 

 
 

----------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion For Voluntary Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).    

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  March 18, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.